No. 82–2124. ARCHER ET AL. v. METROPOLITAN TRANSIT AUTHORITY ET AL. Appeal from Ct. App. Tex., 3d Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 82–2125. METROPOLITAN PACKAGE STORE ASSN., INC., ET AL. v. KOCH, MAYOR OF THE CITY OF NEW YORK, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of substantial federal question.

No. 82–6732. FELIX v. NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 82–7019. SECREST v. SOUTH DAKOTA. Appeal from Sup. Ct. S. D. dismissed for want of substantial federal question.

No. 83–43. CLEVELAND ELECTRIC ILLUMINATING CO. v. PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 83–48. DUNLAP ET AL. v. ILLINOIS. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of substantial federal question.

No. 83–174. ANGEL ET AL. v. MIDLAM ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 82–1156. TELEDYNE MOVIBLE OFFSHORE, INC., ET AL. v. THOMPSON. Appeal from Sup. Ct. La. dismissed for want of substantial federal question. JUSTICE POWELL, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 82–1499. MARQUEZ v. TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.